NEW ORLEANS,

Wellington, &c. v. Ocean Insurance Co. The Same v. Firemen's Insurance Co.

---

ALFRED WELLINGTON and another *v.* THE FIREMEN'S INSURANCE COMPANY of NEW ORLEANS.

APPEAL from the Commercial Court of New Orleans, *Watts*, J.

BULLARD, J. This case turns upon the same bill of exceptions as the two last, brought by the same plaintiffs against the Merchants' and the Ocean Insurance Companies. The same judgment must be given.

It is, therefore, adjudged and decreed that the judgment of

the Commercial Court be reversed, and that the case be re-manded for a new trial, with directions to the judge as set forth in the case against the Merchants' Insurance Company, and that the costs of the appeal be paid by the plaintiffs and appellees:

*Peyton, I. W. Smith* and *L. C. Duncan,* for the plaintiffs.

*Durant, Lockett* and *Micon,* for the appellants.